UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GAMBLE,

      Plaintiff,

-against-

NYPD OFFICER SOHRAL PEERZADA, et al.,

      Defendants.

23-CV-4598 (LTS)

BAR ORDER UNDER 28 U.S.C. § 1915(g)

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff files this action *pro se* and seeks to proceed *in forma pauperis*. On June 5, 2023, the Court (1) noted that while Plaintiff was a prisoner, he had filed three or more cases that were dismissed as frivolous, malicious, or for failure to state a claim, and (2) ordered Plaintiff, within 30 days, to show cause by declaration why he should not be barred under 28 U.S.C. § 1915(g) from filing further actions *in forma pauperis* in this Court while he is a prisoner. The complaint also does not show that Plaintiff is under imminent threat of serious physical injury. Plaintiff did not respond to the order to show cause.

## CONCLUSION

  The Court finds that while Plaintiff was a prisoner, he filed three or more cases that are deemed strikes because they were dismissed as frivolous, malicious, or for failure to state a claim. Under 28 U.S.C. § 1915(g), Plaintiff cannot file future actions *in forma pauperis* in this Court while he is a prisoner unless he is under imminent threat of serious physical injury.

  The Court denies Plaintiff's request to proceed *in forma pauperis* and dismisses the complaint without prejudice under the PLRA's "three-strikes" rule.[1] *See* 28 U.S.C. § 1915(g).

---

[1] Plaintiff may commence a new action by paying the filing fee. If Plaintiff does so, that complaint will be reviewed under 28 U.S.C. § 1915A, which requires the Court to dismiss *any*

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   July 17, 2023
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

---

civil rights complaint from a prisoner if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. § 1915A(b).