UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN GAMBLE,<br><br>                          Plaintiff,<br><br>          -against-<br><br>NYPD OFFICER SOHRAL PEERZADA, ET AL.,<br><br>                          Defendants. | 23-CV-4598 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 17, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 17, 2023
          New York, New York

                                  /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                               Chief United States District Judge